**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

CORTEZ HINES #106276                         CIVIL ACTION NO. 21-3761

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

C WALKER ET AL                               MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. 18) filed by defendants Sgt. Carlos Walker and Deputy Michael Rocco is **GRANTED** and that all claims against Walker and Rocco are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 2nd day of February, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE